UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

JOYCE WALKER,

        Plaintiff

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

STIPULATION OF DISMISSAL

Civil Action No: 6:12-cv-01017

-----------------------------------------------------------

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action, that the case be dismissed.

Dated: January 2, 2013

/S/ PETER W. ANTONOWICZ
Peter W. Antonowicz, Esq.
148 W. Dominick Street
Rome, New York 13440
Attorney for Plaintiff

Dated: January 4, 2013

Benil Abraham
Special Assistant U.S. Attorney
26 Federal Plaza, Room 3904
New York, NY 10278-0004

**SO ORDERED:**

Dated: January ___, 2013

Syracuse, New York

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated: January 7, 2013